UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT D. SANGO,

       Plaintiff,                                  Case No. 2:15-CV-100

v.                                                     Hon. Gordon J. Quist

UNKNOWN BASTIAN, et al.,

       Defendants.
_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's March 27, 2017, Report and Recommendation recommending that the Court grant Defendant Bastian's motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies, deny Plaintiff's motion for sanctions, and dismiss the claims against Defendant Bastian without prejudice. The Report and Recommendation was duly served on the parties on March 27, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 27, 2017 (ECF No. 55), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies (ECF No. 45) is **GRANTED**, and Plaintiff's claims against Defendant Bastian are **dismissed without prejudice.**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions (ECF No. 50) is **DENIED**.

A separate judgment will enter.

This case is **concluded.**

Dated: April 18, 2017 /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE